AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00291 |
| Howard Berton Adams | ) Assigned To : Harvey, G. Michael |
| DOB: XXXXXX | ) Assign. Date : 3/8/2021 |
| | ) Description: Complaint w/ Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder, |
| | 18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress, |
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| | 18 U.S.C. § 1752(a)(2) - Disorderly conduct in restricted building or grounds, |
| | 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds, |
| | 40 U.S.C. § 5104(e)(2)(G) - parading or demonstrating in Capitol building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Scott Schumacher, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/08/2021

*Judge's signature*

City and state: Washington, D.C.      G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*