AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00291 |
| Howard Berton Adams | ) Assigned To : Harvey, G. Michael |
|  | ) Assign. Date : 3/8/2021 |
|  | ) Description: Complaint w/ Arrest Warrant |
|  | ) |
| Defendant | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*               Howard Berton Adams                   ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder;
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress;
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly conduct in restricted building or grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - parading or demonstrating in Capitol building.

Date:      03/08/2021

Digitally signed by G. Michael Harvey
Date: 2021.03.08 14:27:30 -05'00'

*Issuing officer's signature*

City and state:        Washington, D.C.              G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 03/09/21, and the person was arrested on *(date)* 03/10/21
at *(city and state)* EDGEWATER, FL

Date: 03/10/21

*Arresting officer's signature*

TODD MYERS, SPECIAL AGENT
*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00291 |
| | ) | Assigned To : Harvey, G. Michael |
| Howard Berton Adams | ) | Assign. Date : 3/8/2021 |
| DOB: 11/21/1960 | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the
_____ in the District of ___Columbia___, the defendant(s) violated:

*Code Section*  *Offense Description*

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder,
18 U.S.C. § 1512(c)(2) - Obstruction of Justice/Congress,
18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly conduct in restricted building or grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct on Capitol Grounds,
40 U.S.C. § 5104(e)(2)(G) - parading or demonstrating in Capitol building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Scott Schumacher, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___03/08/2021___

Digitally signed by G. Michael Harvey
Date: 2021.03.08 14:29:10 -05'00'

*Judge's signature*

City and state: _____Washington, D.C._____   G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*