UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | No. 1:21-mj-00291 |
| : | |
| **HOWARD B. ADAMS,** : | |
| : | |
| **Defendant.** : | |

**GOVERNMENT'S UNOPPOSED MOTION FOR PROTECTIVE ORDER**

The United States of America, by and through the Acting United States Attorney for the District of Columbia, and pursuant to rule 16(d)(1) of the Federal Rules of Criminal Procedure, hereby moves for a Protective Order to govern discovery in this matter.

A proposed Order is attached. Counsel for the defendant has advised that the defense does not oppose this motion.

                          Respectfully submitted,

                          CHANNING D. PHILLILPS
                          ACTING UNITED STATES ATTORNEY

        by:   /s/ *Michael C. Liebman*_____
               Michael C. Liebman
               Assistant U.S. Attorney
               D.C. Bar no. 479562
               555 4th Street, N.W., room 9106
               Washington, D.C.  20001
               (202) 252-7243
               (202) 353-9415 (fax)
               michael.liebman@usdoj.gov