AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:21-MJ-00291 |
| HOWARD BERTON ADAMS | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOWARD BERTON ADAMS.

Date: March 25, 2021

/s/ Jeremy J. Buckmaster
*Attorney's signature*

Jeremy J. Buckmsater, FL Bar No. 0551376

200 Magnolia Avenue, Daytona Beach, Florida 32114
*Address*

EService@BuckmasterEllzey.com
*E-mail address*

(386) 257-0606
*Telephone number*

(386) 257-0885
*FAX number*