AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:21-MJ-00291 |
| HOWARD BERTON ADAMS ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOWARD BERTON ADAMS.

Date: March 25, 2021

/s/ Brian A. Cantrell
*Attorney's signature*

Brian A. Cantrell, FL Bar No. 0084928

200 Magnolia Avenue, Daytona Beach, Florida 32114
*Address*

EService@BuckmasterEllzey.com
*E-mail address*

(386) 257-0606
*Telephone number*

(386) 257-0885
*FAX number*